**Order entered January 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01342-CV

**BAYLOR UNIVERSITY MEDICAL CENTER, Appellant**

**V.**

**MARY GREESON, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07506**

## ORDER

Before the Court is appellant's January 27, 2015 unopposed motion requesting permission to supplement the record with a copy of the reporter's record. We **GRANT** the motion **TO THE EXTENT** that we **ORDER** David Langford, Official Court Reporter for the 44th Judicial District Court of Dallas County, Texas, to file the reporter's record by **FEBRUARY 10, 2015**. *See* TEX. R. APP. P. 35.3(b). Appellant's brief will be due twenty days after the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to David Langford and counsel for all parties.

/s/ ELIZABETH LANG-MIERS
JUSTICE